The Honorable John H. Chun

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINDA SPENCER, individually,<br><br>Plaintiff,<br><br>v.<br><br>SWEDISH HEALTH SERVICES, a Washington Nonprofit Corporation; PROVIDENCE HEALTH & SERVICES, a Washington Nonprofit Corporation; PROVIDENCE HEALTH & SERVICES-WASINGTON, a Washington Nonprofit Corporation; PROVIDENCE HEALTH & SERVICES-WESTERN WASHINGTON, a Washington Nonprofit Corporation; KRISTIA HIGGINS, individually; and JAN DOE HIGGINS and the marital community composed thereof,<br><br>Defendants. | Case No. 2:21-cv-00548-JHC<br><br>**STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**Noted for Consideration:<br>May 18, 2023** |

COME NOW the parties to this litigation, by and through their undersigned counsel of record, and hereby stipulate and request that the Court enter an order dismissing all of the claims and causes of action in the above-captioned case with prejudice and without costs or attorneys' fees to any party.

STIPULATED and AGREED this 18th day of May 2023.

//

//

STIP MOT. AND ORDER OF DISMISSAL - 1
CASE NO. 2:21-CV-00548-JHC

LITTLER MENDELSON P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

| | |
|---|---|
| */s/ Vanessa M. Vanderbrug*<br>Vanessa M. Vanderbrug, WSBA #31688<br>vanessa@owenvanderbrug.com<br>James M. Owen, Jr., WSBA #29247<br>james@owenvanderbrug.com<br>**OWEN VANDERBRUG**<br>1700 Seventh Ave., Suite 2100<br>Seattle, WA 98101<br>Tel: (206) 467-1400<br><br>Attorneys for Plaintiff | */s/ Breanne F. Lynch*<br>Ryan P. Hammond, WSBA #38888<br>rhammond@littler.com<br>Breanne F. Lynch, WSBA #55242<br>blynch@littler.com<br>Anne E. Reuben, WSBA #53299<br>areuben@littler.com<br>**LITTLER MENDELSON, P.C.**<br>One Union Square<br>600 University Street, Suite 3200<br>Seattle, WA 98101.3122<br>Tel: 206.623.3300<br><br>Attorneys for Defendants |

//

//

//

//

STIP MOT. AND ORDER OF DISMISSAL - 2

CASE NO. 2:21-CV-00548-JHC

# ORDER

In accordance with the Stipulation and Request for Dismissal filed by the parties, the Court hereby orders that any and all claims brought, or that could have been brought, against Defendants in this matter are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own fees and costs.

**IT IS SO ORDERED.**

DATED: May 19, 2023.

The Honorable John H. Chun
United States District Court Judge

*Presented by:*

s/ *Breanne F. Lynch*
Ryan P. Hammond, WSBA #38888
rhammond@littler.com
Breanne F. Lynch, WSBA #55242
blynch@littler.com
Anne E. Reuben, WSBA #53299
areuben@littler.com
LITTLER MENDELSON, P.C.

Attorneys for Defendants

*Approved as to form and content,
Notice of Presentation Waived:*

s/ *Vanessa M. Vanderbrug*
Vanessa M. Vanderbrug, WSBA #31688
vanessa@owenvanderbrug.com
James M. Owen, Jr., WSBA #29247
james@owenvanderbrug.com
**OWEN VANDERBRUG**

Attorneys for Plaintiff

STIP MOT. AND ORDER OF DISMISSAL - 3
CASE NO. 2:21-CV-00548-JHC

LITTLER MENDELSON P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA 98101. I hereby certify that on May 18, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Court and to the following:

**Plaintiff's Attorneys**

Vanessa M. Vanderbrug, WSBA #31688
James M. Owen, Jr., WSBA #29247
OWEN VANDERBRUG
1700 Seventh Ave., Suite 2100
Seattle, WA 98101
Tel: (206) 467-1400
Fax: (206) 467-4884
vanessa@owenvanderbrug.com
james@owenvanderbrug.com
kelly@owenvanderbrug.com

I declare under penalty of perjury under the laws of the State of Washington that the above is true and correct. Executed on May 18, 2023, at Seattle, Washington.

/s/ Karen Fiumano Yun
Karen Fiumano Yun
kfiumano@littler.com
**LITTLER MENDELSON, P.C.**

4892-9589-3348.1 / 088051-1056

STIP MOT. AND ORDER OF DISMISSAL - 4
CASE NO. 2:21-CV-00548-JHC

LITTLER MENDELSON P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300